Donald Lowell Hulsopple, Jr. 1986369
Jester III
3 Jester Rd.
Richmond, TX 77406-8544

17-00171-CR

Fourth Court of Appeals
attn: Luz Estrada, Chief Deputy Clerk
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037

9/25/17

RE: Corrected Order for Documents

Yesterday I posted ~~an Order~~ (D.L.H.) a Third Party Request for Documents which is incorrect in presuming that the Honorable Marialyn Barnard would address the Order.

Please disregard yesterday's document and allow the following document to be admitted in lieu of it. I apologize for my presumptuousness.

Very sincerely,
Donald Lowell Hulsopple, Jr.
Donald Lowell Hulsopple, Jr.

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2017 SEP 28 AM 11: 29
KEITH E. HOTTLE, CLERK
Keith E. Hottle

IN THE 216th Judicial Court of Gillespie County
STATE OF TEXAS

Donald Lowell Hulsopple, Jr. )      Cause No. 5554
     Petitioner )
        v. )
STATE OF TEXAS )       Trial Court Judge
       )      N. Keith Williams
       )

## ORDER

This case comes before the Court pursuant to a Third Party Request For Production of Documents. These documents include 1) Judgement and Statement Document of Feb. 12, 2015; 2) Court Transcript of Feb. 12, 2015; 3) Grand Jury Transcript which produced the Indictment filed Sept. 16, 2014; 4) Accident Report from March 4, 2014; 5) Recordings of 9-1-1 calls from March 4, 2014 for review by the 4th Court of Appeals. The Court having seen, inspected and duly advised in the premises of said request now finds that the Petitioner's Request should be, and hereby GRANTED.

     IT IS A (D.L.H.) THEREFORE ORDERED by the Court that a subpoena duces tecum shall be issued and the Third Party, District Clerk Jan Davis shall respond to the Petitioner's Request for Production of Documents within thirty (30) days of this Order.

     So Ordered this ____ day of _____, 2017.

           _____
              Judge's signature

cc retained

Donald Lowell Hulsopple Jr. 1986369
Fsstr III
3 Fsstr Rd.
Richmond, TX 77406-8544

FILED
IN THE COURT OF A
AT SAN ANTONIO,

2017 SEP 28 AM 11:29

Keith E. Hottle

KEITH E. HOTTLE, CLERK

LEGAL MAIL

DO NOT OPEN

Fourth Court of Appeals
attn: Luz Estrada, Chief Deputy Clerk
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037

PRIVILEGED OFFENDER MAIL
DEPARTMENT OF ... TEXAS
... CORRECTIONAL
JUSTICE ...
INSTITUTIONS DIVISION